**Gustavo McKENZIE, Petitioner–Appellant,**

v.

**Edmund G. BROWN, Jr., Warden, Respondent–Appellee.**

**No. 07–56135.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 16, 2010.

Gustavo McKenzie, Imperial, CA, pro se.

Analee J. Brodie, Esquire, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Gustavo McKenzie appeals from the district court's order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

McKenzie contends that his right to a fair and impartial jury was violated when the prosecutor exercised a peremptory challenge to excuse an African–American juror. We review McKenzie's claim under *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), de novo because the state court's use of the standard laid out in *People v. Wheeler*, 22 Cal.3d 258, 280, 148 Cal.Rptr. 890, 583 P.2d 748 (1978), does not satisfy constitutional requirements. *See Wade v. Terhune*, 202 F.3d 1190, 1192 (9th Cir.2000). McKenzie has failed to establish that the totality of relevant facts "gives rise to an inference" of purposeful discrimination by the prosecutor. *See Johnson v. California*, 545 U.S. 162, 168, 125 S.Ct. 2410, 162 L.Ed.2d 129 (2005).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

